UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **SANDY M. KELLER** | **CIVIL ACTION** |
| **VERSUS** | **NO. 19-13191** |
| **LOUIS DEJOY, UNITED STATES POSTMASTER GENERAL** | **SECTION (3)** |

## ORDER

Before the Court is a Joint Motion to Set New Trial Date and Existing Deadlines to Match New Trial Date (Rec. Doc. No. 25). In light of COVID-19 General Order 20-13, which suspends jury trials in this district until at least March 1, 2021,

**IT IS ORDERED** that the Joint Motion to Set New Trial Date and Existing Deadlines to Match New Trial Date (Rec. Doc. No. 25) is GRANTED and the jury trial scheduled for **January 25, 2021** is cancelled.

**IT IS FURTHER ORDERED** that the pretrial conference scheduled for **Monday, January 11, 2021, at 1:30 p.m.** shall proceed as a telephone status and scheduling conference with the Court. The Court will provide counsel with the call-in information prior to the conference.

New Orleans, Louisiana, this 4th day of January, 2021.

_____
**DANA M. DOUGLAS**
**UNITED STATES MAGISTRATE JUDGE**